# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | NO. 3:20-CR-00024-TES |
| ) | |
| ANTONIO RUCKER, ) | |
| Defendant. ) | |

## ORDER FOR PSYCHIATRIC EVALUATION

On February 2, 2022, Counsel for Defendant, Antonio Rucker, pursuant to 18 U.S.C. §§ 4241 and 4247(b) and (c), filed a Motion for a Psychological/ Psychiatric Evaluation. (Doc. 206.) After a hearing conducted on February 3rd, 2022, the Court GRANTED Defendant's motion.

Therefore, it is HEREBY ORDERED that Defendant Antonio Rucker is forthwith committed for a reasonable period of time, not to exceed forty-five days, to the custody of the Attorney General for the purpose of an examination by a qualified psychiatrist or psychologist to determine whether Defendant is competent to stand trial.

At the conclusion of said examination, a report shall be prepared and forwarded to the Court for filing pursuant to 18 U.S.C. § 4247(b) and (c). Said report shall contain an opinion as to whether the Defendant is "suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 USC 4247(c)(4)(A).

Further, pursuant to the Speedy Trial Act provisions of Title 18, United States Code, Section 3161(h)(1)(A), the time required for trial of the defendant shall be tolled from the date of

the instant order until the results of said psychiatric examination are received by the Court, such period being a delay contemplated by Title 18, United States Code, Section 3161(h)(1)(A).

So ORDERED this 7 day of August, 2023.

_____
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT